UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESUS ANTONIO ARMENTA, | ) | No.  CV 11-9166-DSF (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| LINDA SANDERS (WARDEN), | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Petition With Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 4/18/12

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Armentajudgment.wpd